IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Hazel L Stoudemire SR,
in other words, for All persons
who Are "similarly situated."

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Sgt. Thomas, Lieutenant Priester,
Captain Livingston And SCDC
Class Action

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 2:24-CV-124-JFA-MGB
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: *Hazel L Stoudemire SR* ~~[struck through]~~

   All other names by which you have been known: *For All persons who are "similarly situated"*

   ID Number: *220501*

   Current Institution: *Lee Correctional Institution*

   Address: *990 Wisacky HWY F-S D230 Bishopville, SC 29010*

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   Name: *Sergeant Thomas*
   Job or Title (if known): *Sergeant*
   Shield Number:
   Employer: *South Carolina Department of Corrections*
   Address: *P.O. Box 21787 Columbia, S.C. 29221*

   [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2

   Name: *Lieutenant Priester*

2

Job or Title (if known): Lieutenant

Shield Number:

Employer: South Carolina department of Corrections

Address: P.O. Box 21787
Columbia, S.C. 29221

☑ Individual capacity    ☑ Official capacity

Defendant No. 3

Name: Captain Livingston

Job or Title (if known): Captain

Shield Number:

Employer: South Carolina department of Corrections

Address: P.O. Box 21787
Columbia, S.C. 29221

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name: Bryan Stirling

Job or Title (if known): Director

Shield Number:

Employer: Department of Corrections

Address: P.O. Box 21787
Columbia, SC 29221

☑ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eighth Amendment failure to protect under Rule 65, by statute Section 17-17-10 through 17-17-200 And 15-78-10 to 15-78-220

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Failed in their duty of care in violation of South Carolina Statute Section 15-78-60 (25)

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See, discovery of case reference 2:21-CV-01236-JFA-MGB, Eighth Amend, and Fourteenth Amend. deprivation

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

refer 2:21-CV-01230-JFA-MGB Broad River Correctional.

C. What date and approximate time did the events giving rise to your claim(s) occur?

refer 2:21-CV-01230-JFA-MGB.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Assault by a gang and defendants was indifference to my safety and health. Refer: 2:21-CV-01230-JFA-MGB

5

"See, Battle v. SCDC". Defendants systematically fails in their legal duty of care.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Permanent injuries see attach medical records. I did not receive 100% construction of teeth and jaw. Nor to receive medical treatment for the back injuries. See.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

100% dental constructions; Line my jaw properly; redress the request money damages in the case 2:21-cv-01230 JFA-MGB. Under section 15-78-10 to 15-78-220.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Broad River Correctional Institution
case: 2:21-cv-01230-JFA-MGB

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
Eighth Amendment violation
due process and equal protection
violation under the Fourteenth Amendment

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Broad River Correctional
   Lee Correctional

2. What did you claim in your grievance?

   See Attached grievances

3. What was the result, if any?

   Denied and Dismissed.
   Final by Institution.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   See attached Administrative
   Law Court order. Richland
   County Clerk of Court.

8

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____
   _____
   _____
   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____
   _____
   _____
   _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   reference case is currently filed in Richland County Clerk of Court

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _Refer: 2:21-CV-01230-JFA-MGB_
   Defendant(s) _Refer: 2:21-CV-01230-JFA-MGB_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _District of South Carolina Charleston Division_

3. Docket or index number

   _2:21-CV-01230-JFA-MGB_

4. Name of Judge assigned to your case

   _Joseph F. Anderson, Jr._

5. Approximate date of filing lawsuit

   _Refer: 2:21-CV-01230-JFA-MGB_

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. _February 28, 2022_

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Dismissed without prejudice

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes
☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Hazell Stoudemire, Jr.
   Defendant(s) Defendants

2. Court *(if federal court, name the district; if state court, name the county and State)*

   See, Referance, noe. case 2:21-cv-0230 - JFA-MGB

3. Docket or index number

   Refers to case;

4. Name of Judge assigned to your case

   refer to case;

5. Approximate date of filing lawsuit

   refer to case.

6. Is the case still pending?

   ☐ Yes
   ☒ No

11

If no, give the approximate date of disposition. *April 6, 2022*

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*Deborah Brooks Purden, Judge S.C. Administrative Law Court dismissed with prejudice*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *January 3*, 20*24*

Signature of Plaintiff   *Hazel L. Stoudemire SR*
Printed Name of Plaintiff   *Hazel L. Stoudemire SR*
Prison Identification #   *220501*
Prison Address   *110 Wrecky HWY F-5 D2*
*Bishopville, SC 29010*
   City                State         Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____

Address        _____
Telephone Number  _____
E-mail Address   _____